[No. 33966-8-II.  Division Two.  January 17, 2007.]

NANCIE HATHEWAY, *Appellant*, v. U.S. TRUST COMPANY, NA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-12094-8, Lisa R. Worswick, J., entered September 23, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 34059-3-II.  Division Two.  January 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RENEE LOUANN BRINKMEYER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-00807-5, John P. Wulle, J., entered November 14, 2005. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 34154-9-II.  Division Two.  January 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON SCOTT LINDSAY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-00874-0, Sally F. Olsen, J., entered December 2, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 34215-4-II.  Division Two.  January 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PAUL REDMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-05259-1, John A. McCarthy, J., entered December 2, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.